UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AVISAHI HERNANDEZ-OCHOA,<br><br>Petitioner,<br><br>MICHAEL NESSINGER, Warden, Wyatt Detention Center, DAVID WESLING, Boston Field Office Acting Director, DAVID VENTURELLA, Acting Director U.S. Immigrations and Customs Enforcement, MARKWAYNE MULLIN, U.S. Secretary of Homeland Security, and TODD BLANCHE, Acting U.S. Attorney General,<br><br>Respondents. | Case No. 26-cv-798-MRD-AEM |

**ORDER**

The Petition for Writ of Habeas Corpus and request for immediate release filed by Avisahi Hernandez-Ochoa (ECF No. 1) is hereby GRANTED.

As grounds for this Order, the Court notes as follows:

(1) The Court held a hearing at 1:00 p.m. today and heard from both parties.

(2) Petitioner is a beneficiary of a pending T-Visa application and the Respondents' counsel has confirmed that this T-Visa application has been received by the United States Citizenship and Immigration Services and provided a receipt for that application to counsel for the Petitioner.

(3) Accordingly, pursuant to the May 20, 2026 Preliminary Injunction ordered in *Immigr. Ctr. For Women & Child. v. Noem (ICWC),* 351 F.R.D. 324, 392-

395 (D. Cali. 2026), the Court finds that it is appropriate for ICE to review the Petitioner's case under ICE Directive 11005.3, Using a Victim-Centered Approach with Noncitizen Crime Victims," including specifically his detention.

(4) The Court orders the release of the Petitioner TODAY (November 6, 2026). The Court MODIFIES its Order, ECF No. 4, only to permit Petitioner's transfer to the Boston ICE Field Office, located in Burlington, Massachusetts. All Petitioner's property is to be RETURNED.

(5) Petitioner shall not be re-detained without 72 hours' notice of re-detention provided to his counsel.

IT IS SO ORDERED.

Melissa R. DuBose
United States District Judge

November 12, 2026